# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

CLARENCE BROOKS, )
)
        Plaintiff, )
)
-vs- ) Case No. CIV-14-1221-F
)
GREG CAMP, )
)
        Defendant. )

## ORDER

United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation on November 20, 2014, recommending that plaintiff's action under 42 U.S.C. § 1983 be dismissed without prejudice. Magistrate Judge Erwin advised plaintiff of his right to file specific written objections to the Report and Recommendation by December 9, 2014 and further advised that failure to make timely objection waives the right to appellate review of the factual and legal issues addressed.

To date, plaintiff has not filed an objection to the Report and Recommendation. With no objection being filed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin (doc. no. 7) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Plaintiff's action under 42 U.S.C. § 1983 is **DISMISSED WITHOUT PREJUDICE**.

DATED December 23, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-1221p001.wpd